UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

JOSEPH A. SOTO and
MARGARET SOTO,

      Debtors.

Bankruptcy Court No. 06-52052

District Court No. 09-11718

Hon. John Corbett O'Meara

_____/

### ORDER GRANTING APPELLANTS' MOTION TO DISMISS APPEAL

Appellants, Airborne Express, Inc., DHL Worldwide Express, Inc., and ABX Air, Inc., request that the court dismiss their bankruptcy appeal pursuant to Federal Bankruptcy Rule 8001(c)(2). Having reviewed the matter, the court finds that voluntary dismissal is appropriate, without further terms or conditions.

Accordingly, IT IS HEREBY ORDERED that Appellants' June 25, 2009 motion to dismiss appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' appeal is DISMISSED.

                          s/John Corbett O'Meara
                          United States District Judge

Date: June 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 30, 2009, by electronic and/or ordinary mail.

                          s/William Barkholz
                          Case Manager